UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>3560 UNIVERSITY PLAZA POMONA LLC, a limited liability company<br><br>Defendants. | Case No.:  2:25-cv-05389-AB-SK<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' self-executing Stipulation of Voluntary Dismissal with Prejudice, this case is dismissed with prejudice. Each party to bear his or its own costs and attorney's fees.  The hearing set for February 6, 2026 is vacated.

**IT IS SO ORDERED.**

Dated: January 29, 2026   _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1